UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------

UNITED STATES OF AMERICA

– v. –

BRIAN KOLFAGE, et al.,

          Defendants.

----------------------------------------------------------

**Unsealing Order**

**20 Cr. 412**

Upon the application of the United States, by the Acting United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Alison Moe;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
            August 20, 2020

                                                          _____
                                                          HONORABLE STEWART D. AARON
                                                          UNITED STATES MAGISTRATE JUDGE
                                                          SOUTHERN DISTRICT OF NEW YORK