UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | **20-cr-00412-AT-1** |
| vs. | ) | |
| Brian Kolfage, | ) | |
| Defendant. | ) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United State Courts for the Southern and Eastern Districts of New York, I, Harvey A. Steinberg, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant, Brian Kolfage, in the above-captioned action.

I am in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 21, 2020                    Respectfully Submitted,

                                           s/ *Harvey A. Steinberg*
                                          Signature

                                          Harvey A. Steinberg
                                          Springer and Steinberg, P.C.
                                          1600 Broadway, Suite 1200
                                          Denver, Colorado 80202
                                          Telephone: 303-861-2800
                                          Fax: 303-832-7116
                                          E-mail: hsteinberg@springersteinberg.com