UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | 20-cr-00412-AT-1 |
| vs. | ) | |
| | ) | |
| Brian Kolfage, | ) | |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT PURSUANT TO LOCAL RULE 1.3

I, Harvey A. Steinberg, state under penalty of perjury that the foregoing is true and correct:

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

3) I am in good standing of the bar of the State of Colorado and there are no pending disciplinary proceedings against me in any state or federal court.

Executed on: August 21, 2020

_____
Signature

Harvey A. Steinberg
Springer and Steinberg, P.C.
1600 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-861-2800
Fax: 303-832-7116
E-mail: hsteinberg@springersteinberg.com

STATE OF COLORADO )
                  ) ss.
COUNTY OF Denver  )

Subscribed and sworn to before me this 21st day of August, 2020, by **(Harvey A. Steinberg)**.

My commission expires: March 15, 2021

_Sandra Rider_ Notary Public

SANDRA RIDER
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20014006942
MY COMMISSION EXPIRES 03/15/2021