```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -v-

Brian Kolfage       ,
                Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20 -CR- 00412 (AT) (1)

Defendant **Brian Kolfage** hereby voluntarily consents to participate in the following proceeding via videoconferencing:

**X**  Initial Appearance/Appointment of Counsel

**X**  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

**X**  Status and/or Scheduling Conference

___  Misdemeanor Plea/Trial/Sentence

*[DocuSigned by: BK / 954B56014385488]*
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Brian Kolfage**
Print Defendant's Name

*[DocuSigned by: Harvey A. Steinberg / A3323A0073F0432]*
Defense Counsel's Signature

**Harvey A. Steinberg**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

8/31/2020
Date    New York, New York

_____
ANALISA TORRES
United States District Judge