```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                    Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On November 6, 2020, Defendant Bannon requested an adjournment of the status conference scheduled for November 9, 2020, to allow for his current counsel to withdraw and for him to retain new counsel. ECF No. 47. This request was unopposed. *Id.* The conference scheduled for November 6, 2020, is hereby ADJOURNED to **December 2, 2020,** at **1:00 p.m.** using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 2 (S.D.N.Y. Sept. 16, 2020) ("[C]onditions, which are unlikely to be alleviated in the near future, make it impossible for the judges in this District to conduct all criminal proceedings in person in the courthouses," including "[a]rraignments under Rule 10 of the Federal Rules of Criminal Procedure."). Chambers will provide the parties with instructions on how to appear via video.

       To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

       SO ORDERED.

Dated: November 6, 2020
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge