UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                         Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/2020

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The status conference scheduled for December 2, 2020, at 1:00 p.m. is hereby ADJOURNED to **December 2, 2020**, at **3:00 p.m.**

      SO ORDERED.

Dated: November 12, 2020
       New York, New York

                                            ANALISA TORRES
                                  United States District Judge