```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                        Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       On November 2, 2020, the Court ordered non-parties Kris Kobach and We Build the Wall, Inc. (the "Non-Parties") to file their reply brief to the Government's response at ECF No. 42 on the public docket by November 2, 2020. ECF No. 43. Due to the technical limitations of the electronic docket, Non-Parties were unable to do so, but provided the reply to the Court and the Government by e-mail on November 2, 2020. That e-mail shall be considered a timely reply pursuant to the Court's order. As soon as possible, Non-Parties shall file the reply brief on the public docket.

       SO ORDERED.

Dated: November 13, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge