```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

Brian Kolfage,
                Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

_20_-CR-_00412_(_AT_)(_1_)

Defendant __Brian Kolfage_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

    ___    Initial Appearance/Appointment of Counsel

    ___    Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

    ___    Preliminary Hearing on Felony Complaint

    ___    Bail/Revocation/Detention Hearing

    _X_    Status and/or Scheduling Conference

    ___    Misdemeanor Plea/Trial/Sentence

_[DocuSigned signature]_              _[DocuSigned: Harvey Steinberg]_
Defendant's Signature                      Defense Counsel's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Brian Kolfage**                      **Harvey A. Steinberg**
Print Defendant's Name                    Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

_12/17/2020_                      _[signature]_
Date                                  ANALISA TORRES
                                        United States District Judge