USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                       Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The conference scheduled for February 22, 2021, is hereby ADJOURNED to **March 23, 2021**, at **1:00 p.m.**, and will proceed using the Court's videoconferencing software. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 4 (S.D.N.Y. Dec. 18, 2020) (Criminal proceedings "cannot be conducted in person without seriously jeopardizing public health and safety, and thus video teleconferencing, or telephone conferencing if video conferencing is not reasonably available, may be used in such proceedings with the consent of the defendant"). Chambers will provide the parties with instructions on how to appear via video.

       To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling (888) 398-2342 or (215) 861-0674 and entering access code 5598827. All of those accessing the conference—whether in listen-only mode or otherwise—are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

       SO ORDERED.

Dated: February 18, 2021
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge