USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/24/2021_

THE LAW FIRM OF
**SPRINGER AND STEINBERG, P.C.**
1600 BROADWAY - SUITE 1200
**DENVER, COLORADO 80202**

GRAND JUNCTION OFFICE:

101 SOUTH THIRD STREET - SUITE 265
GRAND JUNCTION, COLORADO 81501

TELEPHONE (303) 861-2800
FACSIMILE (303) 832-7116
TOLL-FREE (877) 473-6004
WWW.SPRINGERSTEINBERG.COM

HARVEY A. STEINBERG

February 23, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        **RE:** *United States v. Brian Kolfage, et al*., **20 Cr. 412(AT)**

Dear Judge Torres:

    I and my firm represent Defendant Brian Kolfage in the above-captioned matter and appear in this case *pro hac vice*.

    On February 18, 2020, as directed by the Court, the Government filed its Memorandum of Law in Opposition to Mr. Kolfage's Motion to Modify Post-Indictment Restraining Order and Request for Hearing (Docket Entry No. 80). Mr. Kolfage wishes to submit a written reply to the Government's filing and in further support of his motion. Under this Court's rules, such a reply is currently due by February 25, 2020.

    We respectfully request a one-week enlargement of time to file a reply in support of the motion. The attorney within my office principally responsible for the preparation of Mr. Kolfage's motion, and who is preparing such a reply, recently recuperated from surgery and so has not been in a position to address the Government's opposition until now.

    We have contacted government counsel about this request and are advised that the Government does not oppose this one-week enlargement in time.

    We accordingly request that the Court permit Mr. Kolfage until March 4, 2021 to file a reply to the Government's opposition and in further support of his motion.

GRANTED. By **March 4, 2021**, Defendant Kolfage shall reply to Government's opposition to his motion to modify the post-indictment restraining order.

SO ORDERED.

Dated: February 24, 2021
      New York, New York

                                               ANALISA TORRES
                                       United States District Judge