

**DAVIDOFF HUTCHER & CITRON LLP**

ATTORNEYS AT LAW

605 THIRD AVENUE
NEW YORK, NEW YORK 10158

TEL: (212) 557-7200
FAX: (212) 286-1884
WWW.DHCLEGAL.COM

FIRM OFFICES

WHITE PLAINS
ATTORNEYS AT LAW
120 BLOOMINGDALE ROAD
WHITE PLAINS, NY 10605
(914) 381-7400

WEST PALM BEACH
ATTORNEYS AT LAW
1107 NORTH OLIVE AVENUE
WEST PALM BEACH, FL 33401
(561) 567-8488

FIRM OFFICES

ALBANY
ATTORNEYS AT LAW
150 STATE STREET
ALBANY, NY 12207
(518) 465-8230

WASHINGTON, D.C.
ATTORNEYS AT LAW
201 MASSACHUSETTS AVENUE N.E.
WASHINGTON, D.C. 20002
(202) 347-1117

WRITER'S DIRECT: (646) 428-3238
E-MAIL: rjc@dhclegal.com

February 18, 2021

<u>Via E-Mail</u>

Honorable Analisa Torres
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

  Re: <u>United States v. Kolfage, et al., 20-cr-0412</u>

Dear Judge Torres:

  I represent Stephen Bannon, who until recently was a named defendant in the above captioned case. On February 11, 2021, this Court entered Docket Number 79, a recitation of the full and unconditional pardon granted by the President of the United States and signed by the Acting Pardon Attorney on the President's behalf.

  I write to ask the Court to enter a further Order, clarifying Mr. Bannon's current status. The Docket Report does not indicate that any counts against Mr. Bannon have been terminated and he is no longer a defendant in the case. Specifically, I would ask that the Court enter an order dismissing the above captioned Indictment as to Mr. Bannon and to recite that his bail and bail conditions have been exonerated.

  Mr. Bannon currently has a lien in the amount of $1.75 Million dollars against property he owns in Laguna Beach, California and we have been informed that without an explicit order exonerating his bail and bail conditions, the lien cannot be satisfied or expunged. The people who placed the lien on the property, in order to secure Mr. Bannon's bail, state that they can do nothing, until the Court enters an order exonerating bail for Mr. Bannon. Assistant United States Attorney Nicolas Roos, is without the power to do anything to assist in this regard. He has however, consented to the order exonerating bail, and he has indicated that he might wish to be heard

DAVIDOFF HUTCHER & CITRON LLP

Honorable Analisa Torres
United States District Judge
February 18, 2021
Page 2

regarding the entry of an order dismissing the Indictment as to Mr. Bannon. I am copying Mr. Roos on this letter request.

                                              Respectfully submitted,

                                              /Robert J. Costello/
                                              Robert J. Costello
                                              Counsel for Stephen Bannon

RJC

cc: Nicolas Roos
     Assistant United States Attorney
     Southern District of New York