UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/2/2021_

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The trial scheduled for May 24, 2021, is ADJOURNED *sine die*. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the third calendar quarter of 2021. By **April 15, 2021**, the parties shall submit blackout dates for trial.

      SO ORDERED.

Dated: March 2, 2021
       New York, New York

ANALISA TORRES
United States District Judge