

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Stephen Bannon*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government writes in response to Stephen Bannon's letter, dated March 1, 2021 (Dkt. No. 89), requesting that the Court exonerate Bannon's bail. As the Government stated in its letter dated February 25, 2021 (Dkt. No. 86), the Government does not object to this request. Bannon's letter also asks the Court to "direct the return of Mr. Bannon's property, such as passports and electronic devices that the United States Attorney isn't holding for evidentiary purposes." The Government opposes this request, as no such order is necessary. First, with respect to Bannon's passport, the Government has previously informed defense counsel that he should coordinate with Pretrial Services to obtain Bannon's passport, which can be returned to him following the termination of his bail conditions. Second, with respect to Bannon's property, the Government has already informed defense counsel—prior to the filing of the March 1, 2021 letter—that the Government will return any personal property that does not have evidentiary value. Specifically, the Government informed defense counsel that it will return three electronic devices but will retain the remaining electronic devices seized from Bannon, which have evidentiary value. Accordingly, Bannon's request should be denied as moot.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/
    Nicolas Roos
    Alison Moe
    Robert Sobelman
    (212) 637-2421/2225/2616

Cc:    Robert J. Costello, Esq. (by ECF)