

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 5, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> Re: *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request permission to file a brief response to defendant Brian Kolfage's March 4, 2021 reply (Dkt. No. 91) submitted in support of his motion to modify the post-indictment restraining order. Specifically, the Government requests leave to file its response on or before March 11, 2021. The defendant consents to this request.

                                  Respectfully submitted,

                                  AUDREY STRAUSS
                                United States Attorney

By: *[signature: Robert B. Sobelman]*
Nicolas Roos
Alison G. Moe
Robert B. Sobelman
(212) 637-2421/2225/2616

Cc:    Harvey A. Steinberg, Esq. (by ECF)