UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                      20 Cr. 412 (AT)

                                                          **NOTICE OF MOTION**

                     - against -

BRIAN KOLFAGE, et al.,

                            Defendants.

-----------------------------------------------------------------x

SIRS:

       **PLEASE TAKE NOTICE THAT** upon the attached affidavit of Robert J. Costello, sworn to on March 18, 2021, and upon the Full and Unconditional Pardon granted by then President Donald J. Trump to Stephen Bannon on January 19, 2021, and upon the scheduling order provided by this Court, Defendant Stephen Bannon will, on March 19, 2021, move this Court for an Order dismissing the above captioned indictment as to Stephen Bannon, pursuant to the pardon.

Dated: New York, New York
March 18, 2021

                                     Respectfully submitted,

                                     DAVIDOFF HUTCHER & CITRON LLP

                                     By /s/ _____
                                           Robert J. Costello (8301)
                                     rjc@dhclegal.com
                                     DAVIDOFF HUTCHER & CITRON LLP
                                     605 Third Avenue
                                     New York, New York 10158
                                     (212) 557-7200

*Attorneys for Defendant Stephen Bannon*

TO:
A.U.S.A. Nicolas Roos
A.U.S.A. Alison Moe
A.U.S.A. Robert Sobelman