

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter pursuant to the Court's order dated March 2, 2021 (Dkt. No. 90).  The Government has conferred with counsel for defendants Brian Kolfage, Andrew Badolato, and Timothy Shea regarding the parties' availability for trial.  In the third quarter of 2021, counsel for Brian Kolfage is available for trial on September 6-30, 2021; counsel for Andrew Badolato is available for trial July 5-30, August 16-31, and September 1-30, 2021; and counsel for Timothy Shea is available for trial July 13-30, August 2-31, and September 1-15, 2021.  The Government is available for trial at the Court's convenience.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   */s/ Robert B. Sobelman*
    Nicolas Roos
    Alison G. Moe
    Robert B. Sobelman
    (212) 637-2421/2225/2616

Cc:    Harvey A. Steinberg, Esq. (by ECF)
        Daniel L. Stein, Esq. (by ECF)
        Kelly B. Kramer, Esq. (by ECF)
        Michael P. Heffernan, Esq. (by ECF)
        John C. Meringolo, Esq. (by ECF)