USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
STEPHEN BANNON,
ANDREW BADOLATO, and
TIMOTHY SHEA,

　　　　　　　　　　　　　Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court has reviewed the parties' letter dated April 14, 2021, setting forth their available dates for trial, ECF No. 108. Due to conflicts in the Court's and the parties' availability in the third quarter of 2021, the Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will instead seek to schedule a jury trial for the fourth calendar quarter of 2021. By **July 16, 2021**, the parties shall submit blackout dates for trial.

　　SO ORDERED.

Dated: April 20, 2021
　　　　New York, New York

_____
ANALISA TORRES
United States District Judge