

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to inform the Court that the United States Attorney's Office for the Northern District of Florida has filed an Indictment charging Brian Kolfage with tax-related charges in *United States v. Brian G. Kolfage*, 21 Cr. 29 (MCR) (N.D. Fla.). The Government intends to keep the Court apprised of material developments in that case to the extent they might affect this case, including the scheduling of the trial.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   *Robert B. Sobelman*
    Nicolas Roos
    Alison G. Moe
    Robert B. Sobelman
    (212) 637-2421/2225/2616

Cc:    Harvey A. Steinberg, Esq. (by ECF)