

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 12, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter pursuant to the Court's order dated April 20, 2021 (Dkt. No. 109). The Government has conferred with counsel for defendants Brian Kolfage, Andrew Badolato, and Timothy Shea regarding the parties' availability for trial. In the fourth quarter of 2021, in order to accommodate the schedules of counsel for all three defendants, the trial would have to commence on or about November 15, 2021. The Government is available for trial at the Court's convenience.

    The Government requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), from May 24, 2021, the date for which trial was previously scheduled, to the new trial date, in order to permit the parties adequate time to prepare for trial.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

        By:    */s/ Robert B. Sobelman*
                        Nicolas Roos
                        Alison G. Moe
                        Robert B. Sobelman
                        (212) 637-2421/2225/2616

Cc:    Harvey A. Steinberg, Esq. (by ECF)
         Daniel L. Stein, Esq. (by ECF)
         Kelly B. Kramer, Esq. (by ECF)
         Michael P. Heffernan, Esq. (by ECF)
         John C. Meringolo, Esq. (by ECF)