

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to inform the Court that the Honorable M. Casey Rodgers, United States District Judge for the Northern District of Florida, has scheduled the trial in *United States v. Brian G. Kolfage*, 21 Cr. 29 (MCR) (N.D. Fla.) for August 2, 2021.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By: *Robert B. Sobelman*
Nicolas Roos
Alison G. Moe
Robert B. Sobelman
(212) 637-2421/2225/2616

Cc:   Harvey A. Steinberg, Esq. (by ECF)