

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 21, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to inform the Court that the Honorable M. Casey Rodgers, United States District Judge for the Northern District of Florida, has rescheduled the trial in *United States v. Brian G. Kolfage*, 21 Cr. 29 (MCR) (N.D. Fla.) for September 7, 2021.

                         Respectfully submitted,

                         AUDREY STRAUSS
                         United States Attorney

By:   *Robert B. Sobelman*
        Nicolas Roos
        Alison G. Moe
        Robert B. Sobelman
        (212) 637-2421/2225/2616

Cc:    Harvey A. Steinberg, Esq. (by ECF)