THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

August 20, 2021

*Via* **ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

        Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I move the Court, with the government's and Pretrial Services's consent, to modify the terms of Mr. Kolfage's personal recognizance bond to permit him to travel to Hattiesburg, Mississippi from August 23, 2021, to August 25, 2021, for a close family member's medical treatment.

If granted, Mr. Kolfage intends to travel by car to Hattiesburg, Mississippi, to take a close family member for medical treatment there. The drive is approximately four hours from his home. While there, he would be staying in a hotel in Hattiesburg, the details of which he has already provided to Pretrial Services.

Accordingly, I respectfully request that Mr. Kolfage's bond be modified to permit his travel to Hattiesburg, Mississippi on the above dates.

Respectfully submitted,

    /s/

César de Castro