UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRIAN KOLFAGE, STEPHEN BANNON, ANDREW BADOLATO, and TIMOTHY SHEA<br><br>*Defendants*. | 20 Cr. 412 (AT) |

**APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT BRIAN KOLFAGE**

COMES NOW Harvey A. Steinberg, of Springer and Steinberg, P.C., and requests the entry of an Order permitting the law firm of Springer and Steinberg, P.C., to withdraw as counsel of record for Defendant Brian Kolfage in the above-captioned matter, on the grounds that new counsel, César de Castro, of the Law Firm of César de Castro, P.C., entered a Notice of Appearance on August 19, 2021.

Dated:  August 20, 2021         Respectfully Submitted,

/s/Harvey A. Steinberg
SPRINGER AND STEINBERG, P.C.
1600 Broadway, Suite 1200
Denver CO 80202
(303) 861-2800
hsteinberg@springersteinberg.com
*Counsel for Brian Kolfage*