| | |
|---|---|
| THE LAW FIRM OF<br>**CÉSAR DE CASTRO, P.C.**<br>ATTORNEY AT LAW | 7 World Trade Center, 34th Floor<br>New York, New York 10007<br><br>646.200.6166 Main<br>212.808.8100 Reception<br>646.839.2682 Fax<br>www.cdecastrolaw.com |

October 6, 2021

*Via* ECF

The Honorable Analisa Torres
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

        Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,.

I move the Court, with the government and Pre-Trial Services' consent, to grant Mr. Kolfage permission to travel to Longview, Texas from October 15, 2021, to October 18, 2021.

If granted permission, Mr. Kolfage intends to travel *via* airplane to Texas on October 15, 2021, returning to Florida on October 18, 2021. The details of the trip and location of where he will be staying will be provided to Pretrial Services.

Accordingly, I respectfully request that Mr. Kolfage be granted permission to travel to and from Texas on the above dates.


Respectfully submitted,

    /s/

César de Castro



cc:    All counsel of record (*via* ECF)