USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/7/2021__

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

646.200.6166 Main
212.808.8100 Reception
646.839.2682 Fax
www.cdecastrolaw.com

October 6, 2021

*Via* **ECF**

The Honorable Analisa Torres
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,.

I move the Court, with the government and Pre-Trial Services' consent, to grant Mr. Kolfage permission to travel to Longview, Texas from October 15, 2021, to October 18, 2021.

If granted permission, Mr. Kolfage intends to travel *via* airplane to Texas on October 15, 2021, returning to Florida on October 18, 2021. The details of the trip and location of where he will be staying will be provided to Pretrial Services.

Accordingly, I respectfully request that Mr. Kolfage be granted permission to travel to and from Texas on the above dates.

Respectfully submitted,

/s/

César de Castro

cc:    All counsel of record (*via* ECF)

GRANTED.

SO ORDERED.

Dated: October 7, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge