

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 8, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request, with the consent of the defendants, that time be excluded under the Speedy Trial Act from November 15, 2021, until March 15, 2022.

    On May 13, 2021, the Court excluded time under the Speedy Trial Act until November 15, 2021, the date for which trial previously was scheduled. (Dkt. No. 115.) On August 26, 2021, the Court adjourned the trial to a date to be determined in mid- to -late-March 2022. (Dkt. No. 130.) Accordingly, the Government respectfully requests, with the consent of the defendants (*see* Dkt. No. 129 at 2), that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defendants adequate time to review the Government's discovery productions and prepare for trial.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

By:   */s/ Robert B. Sobelman*
                                  Nicolas Roos
                                  Alison G. Moe
                                  Robert B. Sobelman
                                  (212) 637-2421/2225/2616

Cc:    César De Castro, Esq. (by ECF)
         Daniel L. Stein, Esq. (by ECF)
         Kelly B. Kramer, Esq. (by ECF)
         Michael P. Heffernan, Esq. (by ECF)
         John C. Meringolo, Esq. (by ECF)