U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 8, 2021

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

The Government respectfully submits this letter to request, with the consent of the defendants, that time be excluded under the Speedy Trial Act from November 15, 2021, until March 15, 2022.

On May 13, 2021, the Court excluded time under the Speedy Trial Act until November 15, 2021, the date for which trial previously was scheduled. (Dkt. No. 115.) On August 26, 2021, the Court adjourned the trial to a date to be determined in mid- to -late-March 2022. (Dkt. No. 130.) Accordingly, the Government respectfully requests, with the consent of the defendants (*see* Dkt. No. 129 at 2), that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to permit the defendants adequate time to review the Government's discovery productions and prepare for trial.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

GRANTED. The time between November 15, 2021 and March 15, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendants in a speedy trial because such an extension is necessary to permit the parties time to prepare for trial.

SO ORDERED.

Dated: November 9, 2021
New York, New York

ANALISA TORRES
United States District Judge