UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
UNITED STATES OF AMERICA

          - against -

BRIAN KOLFAGE,
                *Defendant.*
-------------------------------------------------------------- X

Case No. 20 Cr. 412 (AT)

NOTICE OF APPEARANCE

TO:   The clerk of court and all parties of record:

PLEASE TAKE NOTICE, I am admitted to practice in this court, and I appear in this case as counsel for Brian Kolfage.

Dated:  November 29, 2021
          New York, New York

 

_____
David DeStefano (DD4891)
The Law Office of David DeStefano, PLLC
112 W34th Street, 18th Floor
New York, New York 10120
david@daviddestefanolaw.com
Direct No. (646) 961-3575
Fax No. (646) 365-3029
*Attorney for Defendant Brian Kolfage*