THE LAW FIRM OF
# César de Castro, P.C.
ATTORNEY AT LAW

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/2021

646.859.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

December 2, 2021

*Via* ECF

The Honorable Analisa Torres
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

        Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I move the Court, with the government and Pre-Trial Services' consent, to grant Mr. Kolfage permission to travel to Miami, Florida from December 10, 2021, to December 12, 2021.

If granted permission, Mr. Kolfage intends to travel *via* airplane to Miami, Florida on December 10, 2021, returning to his home within the state of Florida on December 12, 2021. The details of the trip and location of where he will be staying has already been provided to Pretrial Services.

Accordingly, I respectfully request that Mr. Kolfage be granted permission to travel to and from Miami, Florida on the above dates.

Respectfully submitted,

    /s/

César de Castro

GRANTED.

SO ORDERED.

Dated: December 2, 2021
      New York, New York

ANALISA TORRES
United States District Judge