USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/29/2021_

THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

cdecastro@cdecastrolaw.com
cdecastrolaw.com

December 29, 2021

*Via* **ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I move the Court, with the government's and Pretrial Services's consent, to modify the terms of Mr. Kolfage's personal recognizance bond to permit him to travel to Hattiesburg, Mississippi from January 2, 2021, to January 3, 2021, for a close family member's medical treatment.

The Court previously granted Mr. Kolfage's request in August 2021 for him to take the same family member for the same treatment. If granted, Mr. Kolfage intends to travel by car to Hattiesburg, Mississippi. The drive is approximately four hours from his home. While there, he would be staying in a hotel in Hattiesburg, Mississippi.

Accordingly, I respectfully request that Mr. Kolfage's bond be modified to permit his travel to Hattiesburg, Mississippi on the above dates.

Respectfully submitted,

    /s/

César de Castro

GRANTED.

SO ORDERED.

Dated: December 29, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge