USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/7/2022_____

# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

February 6, 2022

*Via* **ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I move the Court, with the government's and Pretrial Services's consent, to permanently modify the terms of Mr. Kolfage's personal recognizance bond to permit him to travel to and from Michigan, as well as states in between Florida and Michigan, as needed. Mr. Kolfage's close family member has rapidly become very sick and is going to undergo a serious operation. He is processing the news and coordinating with family but may need to travel to Michigan at any given moment given the circumstances, and it is possible that he may need to make more than one trip to Michigan. We have provided the government and Pretrial Services with detailed information related to this application and they both consent.

Accordingly, I respectfully request that Mr. Kolfage's bond be permanently modified to permit him to travel to and from Michigan, as well as states in between Florida and Michigan, as needed.

Respectfully submitted,

    /s/

César de Castro

GRANTED.

SO ORDERED.

Dated: February 7, 2022
      New York, New York

_____
ANALISA TORRES
United States District Judge