USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/9/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                       Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The current COVID-19 trial protocols in place in the Southern District of New York do not permit the Court to hold a three-defendant criminal trial. The Court, therefore, intends to hold two separate trials in this matter, and shall utilize the centralized calendaring system for jury trials to request two trial dates for the second quarter of 2022. Accordingly, by **February 14, 2022**, at **12:00 p.m.**, the parties shall submit a joint letter proposing whom should be tried together and whom should be tried alone.

Dated: February 9, 2022
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge