```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                      Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Southern District of New York has adopted a centralized calendaring system for jury trials during the COVID-19 pandemic. Under the system, the Clerk's Office schedules up to three jury trials to begin on each day of jury selection: a primary case and up to two back-up cases.

    On December 7, 2021, the parties provided their availability for trial in the second calendar quarter of 2022. The Court requested a jury trial based on the parties' availability. The Clerk's Office has notified the Court that this case has been scheduled as the primary back up case for **May 16, 2022**. The case will proceed if the primary case does not go forward. Moreover, because there is a strong possibility that multiple juries will be selected on any given date, this trial will likely go forward even if the primary case goes forward.

    **The case must therefore be trial ready on May 16, 2022.** As soon as the Court confirms whether the matter will proceed on May 16, 2022, it will inform the parties.

    Additionally, as was stated in the Court's order dated February 9, 2022, the current COVID-19 trial protocols in place in the Southern District of New York do not permit the Court to hold a three-defendant criminal trial. ECF No. 148. The Court, therefore, requested a second trial date and has been notified that the second trial has been scheduled as the primary backup case for **June 21, 2022**. If these protocols change in advance of May 16, 2022, the Court will inform the parties and hold a joint trial for all three defendants on May 16, 2022.

    SO ORDERED.

Dated: March 8, 2022
       New York, New York

                                                             ANALISA TORRES
                                                         United States District Judge