THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2022
```

March 10, 2022

*Via* **ECF**

The Honorable Analisa Torres
United States District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I write, with the consent of all parties, to respectfully request a modest modification of the schedule set by the Court on February 14, 2022.

In early February, I had to leave the office due to a medical emergency of a close family member who subsequently passed away. I have only very recently returned to the office full-time. Accordingly, I respectfully request the following modification of the schedule: (1) joint proposed *voir dire* questions, requests to charge, verdict forms, and motions *in limine* to be filed by March 28, 2022 (formerly March 14, 2022); and (2) oppositions to any motions *in limine* to be filed by April 4, 2022 (formerly March 21, 2022).

Respectfully submitted,

/s/

César de Castro

GRANTED.

SO ORDERED.

Dated: March 11, 2022
       New York, New York

ANALISA TORRES
United States District Judge