USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/28/2022_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                              Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the letter filed by the Government on March 25, 2022, which informed the Court that Defendants Kolfage and Shea have reached agreements in principle with the Government to enter pleas of guilty. ECF No. 159. Accordingly, the Court shall inform the parties how it shall proceed with regard to scheduling the change of plea proceedings for those defendants in due course. The pretrial filing deadlines for Defendants Kolfage and Shea are ADJOURNED *sine die*.

       The Court intends to hold trial for Defendant Badolato on **May 16, 2022**. *See* ECF No. 152. Accordingly, by **March 31, 2022**, the parties shall update the Court regarding the status of the proceedings against Defendant Badolato. The Government and Defendant Badolato shall file joint proposed *voir dire* questions, requests to charge, verdict forms, and any motions *in limine* by **April 4, 2022**. Oppositions to any motion *in limine* shall be filed by **April 11, 2022**.

       The Clerk of Court is directed to terminate the pending motions at ECF Nos. 153 at 159.

Dated: March 28, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge