```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

BRIAN KOLFAGE,
ANDREW BADOLATO, and
TIMOTHY SHEA,

                   Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter filed by the Government on March 31, 2022, which informed the Court that Defendant Badolato has reached an agreement in principle with the Government to enter a plea of guilty, and that Defendant Shea wishes to proceed to trial. ECF No. 161. Accordingly, the Court shall inform the parties how it shall proceed with regard to scheduling the change of plea proceedings for Defendants Kolfage and Badolato in due course. The pretrial filing deadlines for Defendant Badolato are ADJOURNED *sine die*,

    The trial for Defendant Shea shall be held on **May 16, 2022**. Accordingly, by **April 7, 2022**, the parties shall file joint proposed voir dire questions, requests to charge, verdict forms, and any motions *in limine*. Oppositions to any motions *in limine* shall be filed by **April 14, 2022**.

SO ORDERED.

Dated: April 4, 2022
       New York, New York

                                                                     ANALISA TORRES
                                                        United States District Judge