

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 6, 2022

**BY ECF**

| | |
|---|---|
| The Honorable Analisa Torres | The Honorable Alvin K. Hellerstein |
| United States District Judge | United States District Judge |
| Southern District of New York | Southern District of New York |
| 500 Pearl Street | 500 Pearl Street |
| New York, New York 10007 | New York, New York 10007 |

Re:   *United States v. Brian Kolfage*, 20 Cr. 412 (AT)
       *United States v. Brian Kolfage*, 22 Cr. 201 (AKH)

Dear Judge Torres and Judge Hellerstein:

The Government respectfully submits this letter regarding the two above-referenced cases pending before the Court.

On March 31, 2022, defendant Brian Kolfage accepted and executed a plea agreement extended by the United States Attorney's Office for the Southern District of New York, in coordination with the United States Attorney's Office for the Northern District of Florida, in which he agreed to plead guilty in the Southern District of New York to (1) Count One of Indictment 20 Cr. 412 (AT) and (2) Counts One through Three of Superseding Indictment 21 Cr. 29, filed in the Northern District of Florida, which, upon its transfer pursuant to Rule 20 of the Federal Rules of Criminal Procedure, has now been designated as Indictment 22 Cr. 201 (AKH) in the Southern District of New York. A copy of the fully executed plea agreement was submitted to Judge Torres on March 31, 2022. Judge Torres has scheduled a change of plea hearing for April 21, 2022, at 2:00 p.m.

The Government respectfully submits this letter to inform the Court that the charges in Indictment 20 Cr. 412 (AT) and Indictment 22 Cr. 201 (AKH) are related and that the parties entered into the plea agreement in contemplation that both cases likely would be consolidated for the purposes of a change of plea hearing and sentencing.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By:    /s/
Alison Moe
Nicolas Roos
Robert B. Sobelman
Assistant United States Attorney
Southern District of New York
(212) 637-2225/2421/2616

cc:     César de Castro, Esq. (by ECF)