USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE and
ANDREW BADOLATO,

                              Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing for Defendants Kolfage and Badolato scheduled for September 6, 2022, is ADJOURNED to **December 14, 2022,** at **3:00 p.m.** The sentencing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

    https://www.nysd.uscourts.gov/covid-19-coronavirus.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a N95, KN95, or KF95 mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, cloth masks, surgical masks, and masks with valves are not permitted.

    Defendants' sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing.

    SO ORDERED.

Dated: July 14, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge