

Justin S. Weddle
212 - 997 - 5518 (o)
347 - 421 - 2062 (m)
jweddle@weddlelaw.com

July 28, 2022

**By ECF**

Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Shea, S2 20 Cr. 412 (AT)**
*Uncontested Request for Limited Unsealing of Certain Trial Exhibits*

Dear Judge Torres:

    This firm represents non-party We Build the Wall, Inc., which was previously designated on the docket an "interested party" in these proceedings. I am writing with the consent of the government to request that the Court order the limited unsealing of certain trial exhibits in order to permit the government to furnish them to We Build the Wall, Inc. In particular, We Build the Wall seeks access to government exhibits 1000, 1200, 1500, and 1700, all of which contain We Built the Wall bank records. As noted above, the government consents to this limited unsealing.

                                         Respectfully submitted,

                                         Justin S. Weddle