USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE and
ANDREW BADOLATO,

Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencings for Defendants Brian Kolfage and Andrew Badolato scheduled for December 14, 2022, are ADJOURNED to **January 31, 2023,** at **1:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

Defendants' sentencing submissions are due two weeks before sentencing. The Government's sentencing submissions are due one week before sentencing.

SO ORDERED.

Dated: October 31, 2022
New York, New York

ANALISA TORRES
United States District Judge