# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/10/2022
```

November 9, 2022

*Via* ECF

The Honorable Analisa Torres
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

      Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I move the Court, with the government and Pre-Trial Services' consent, to grant Mr. Kolfage permission to travel to Dothan, Alabama on November 11, 2022, for a day trip to attend a Veterans Day celebration.

If granted permission, Mr. Kolfage will drive to Alabama on November 11, 2022, and return the same day to his residence in Florida.

Respectfully submitted,

/s/

César de Castro

GRANTED.

SO ORDERED.

Dated: November 10, 2022
      New York, New York

ANALISA TORRES
United States District Judge