

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

**VIA ECF**

The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:  *United States v. Brian Kolfage*
           20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the defendant, Brian Kolfage, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property/ Money Judgment (Docket Entry 180), and a Second Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 275), and no third-party claims have been filed within the statutory period.  Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

                Respectfully submitted,

                DAMIAN WILLIAMS
                United States Attorney
                Southern District of New York

        By: ____/s/_____
             Robert B. Sobelman
             Assistant United States Attorney
             Tel. (212) 637-2616

*Enclosure*