USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/4/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE, ANDREW BADOLATO, and TIMOTHY SHEA,

                Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Timothy Shea's letter dated January 3, 2023.  *See* ECF No. 356.  Accordingly, the sentencings for Defendants Brian Kolfage, Andrew Badolato, and Timothy Shea scheduled for January 31, 2023, are ADJOURNED to **March 1, 2023,** at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

    Defendants' sentencing submissions are due two weeks before sentencing.  The Government's sentencing submissions are due one week before sentencing.

    SO ORDERED.

Dated: January 4, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge