USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/20/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

BRIAN KOLFAGE, ANDREW BADOLATO, and TIMOTHY SHEA,

Defendants.

20 Cr. 412 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants Brian Kolfage's and Timothy Shea's letters dated January 13 and 16, 2023. ECF Nos. 359–60. Defendants request that the Court adjourn the sentencings scheduled for March 1, 2023. *Id.* By **January 24, 2023**, the Government shall inform the Court of its position on Defendants' request, if any, and its availability.

    SO ORDERED.

Dated: January 20, 2023
       New York, New York

ANALISA TORRES
United States District Judge