

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 24, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    Defendant Brian Kolfage has moved to adjourn the sentencing in this case, currently scheduled on March 1, 2023, for approximately eight weeks. (Dkt. 359). Counsel for defendant Timothy Shea has indicated that he is unavailable on Kolfage's proposed dates, and has proposed alternative dates. (Dkt. 360). The Government respectfully submits this letter per the Court's order to respond to these requests. (Dkt. 361).

    The Government believes that the requested adjournment is longer than necessary, and, having conferred with counsel for all three defendants, has not been able to identify a date that works for all parties. As a result, the Government respectfully requests that the Court keep the March 1, 2023 sentencing date for Shea and Badolato, and adjourn Kolfage's sentencing until April 7, 2023, a date on which Kolfage's counsel has told us he is available.

                                                        Respectfully submitted,

                                                        DAMIAN WILLIAMS
                                                        United States Attorney

                By:      /s/
                        Mollie Bracewell
                        Nicholas Roos
                        Robert B. Sobelman
                        Derek Wikstrom
                        (212) 637-2218/2421/2616/1085

Cc:    All counsel of record (by ECF)