

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 3, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re: *United States v. Brian Kolfage, et al.*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter per an email from the Court on January 27, 2023, directing the parties to confer and identify dates before May 19, 2023 on which all parties are available. Having conferred with defense counsel, the Government understands that the parties are available any time on April 24, 25, or 26.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/
    Mollie Bracewell
    Nicholas Roos
    Robert B. Sobelman
    Derek Wikstrom
    (212) 637-2218/2421/2616/1085

Cc:    All counsel of record (by ECF)