# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Fax
cdecastro@cdecastrolaw.com
cdecastrolaw.com

March 29, 2023

*Via* ECF

The Honorable Analisa Torres
United States District Judge
United States Courthouse
Southern District of New York
500 Pearl St.
New York, New York 10007

                Re:    *United States v. Brian Kolfage,* 20 Cr. 412 (AT)

Dear Judge Torres,

I move the Court, with the government and Pre-Trial Services' consent, to grant Mr. Kolfage permission to travel to Daphne, Alabama on March 31, 2023, for the weekend to attend a baseball tournament in which his minor son is participating. If granted permission, Mr. Kolfage will drive to Alabama on March 31, 2023, and return to Florida on April 2, 2023. The details of where he will be staying will be provided to Pretrial Services.

Accordingly, I respectfully request that Mr. Kolfage be granted permission to travel to and from Alabama on the above dates.

Respectfully submitted,

    /s/

César de Castro


cc:    All counsel of record (*via* ECF)