USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

BRIAN KOLFAGE,

               Defendant.

20 Cr. 412-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 17, 2023, the Government filed a motion for forfeiture of property as to Defendant Brian Kolfage. By **May 24, 2023**, Defendant shall file his response, if any.

    SO ORDERED.

Dated: May 18, 2023
       New York, New York

ANALISA TORRES
United States District Judge