

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Kolfage, et al*, 20 Cr 412 (AT)

Dear Judge Torres:

    Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

    Thank you for the Court's consideration.

                                              Respectfully submitted,

                                              DAMIAN WILLIAMS
                                              United States Attorney

                      By:      /s/ Mary E. Bracewell
                                              Mary E. Bracewell
                                              Assistant United States Attorney
                                              (212) 637-2218

cc:    Counsel of Record (by ECF)