U.S. D[epartment of Justice]

United [States Attorney]
Southe[rn District of New York]

The Silvi[o J. Mollo Building]
One Sain[t Andrew's Plaza]
New York[, New York 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/23/2023__

May 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States* v. *Kolfage, et al*, 20 Cr 412 (AT)

Dear Judge Torres:

    Please be advised that I will be leaving the U.S. Attorney's Office. Accordingly, I respectfully request that the Clerk of Court remove me as counsel of record from all future ECF notifications in this case.

    Thank you for the Court's consideration.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

        By:    __/s/ Mary E. Bracewell_____
                        Mary E. Bracewell
                        Assistant United States Attorney
                        (212) 637-2218

GRANTED. The Clerk of Court is directed to terminate Mary E. Bracewell from the docket.

SO ORDERED.

Dated: May 23, 2023
       New York, New York

                                           _____
                                           ANALISA TORRES
                                          United States District Judge