U.S. De[partment of Justice]

United [States Attorney]
Souther[n District of New York]

The Silvio J[. Mollo Building]
One Saint A[ndrew's Plaza]
New York, N[ew York 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2023

May 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

     The Government respectfully submits this letter on behalf of the parties to request an extension of the defendant's deadline to respond to the Government's motion filed on May 17, 2023 (Dkt. No. 391) for a period of 30 days, from May 23, 2023 (Dkt. No. 393) to June 22, 2023, to permit the parties to confer regarding a potential resolution of the pending litigation.

                                Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

             By:     /s/
                      Nicolas Roos
                      Robert B. Sobelman
                      Derek Wikstrom
                      (212) 637-2421/2616/1085

GRANTED.

SO ORDERED.

Dated: May 23, 2023
       New York, New York

                                ANALISA TORRES
                                United States District Judge