

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that the Government's motion filed on May 17, 2023 (Dkt. 391) be withdrawn in light of the defendant's limited equity in the putative substitute assets referenced therein. The defendant consents to the Government's request.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

            By:    /s/
                       Nicolas Roos
                       Robert B. Sobelman
                       Derek Wikstrom
                       (212) 637-2421/2616/1085

Cc:    All counsel of record (by ECF)