

U.S. Department

United States
Southern District

The Silvio J. Moll
One Saint Andrew
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/23/2023__

June 22, 2023

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to request that the Government's motion filed on May 17, 2023 (Dkt. 391) be withdrawn in light of the defendant's limited equity in the putative substitute assets referenced therein. The defendant consents to the Government's request.

                                  Respectfully submitted,

                                  DAMIAN WILLIAMS
                                United States Attorney

                By:     /s/_____
                        Nicolas Roos
                        Robert B. Sobelman
                        Derek Wikstrom
                        (212) 637-2421/2616/1085

GRANTED. The Government's motion for forfeiture of property is withdrawn. The Clerk of Court is directed to terminate the motion at ECF No. 391.

SO ORDERED.

Dated: June 23, 2023
       New York, New York

                                                ANALISA TORRES
                                              United States District Judge