

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 19, 2025

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Kolfage*, 20 Cr. 412 (AT)

Dear Judge Torres:

    The Government respectfully submits this letter to update the Court regarding defendant Brian Kolfage's current custody status.

    Based on information provided by counsel for the Bureau of Prisons ("BOP"), the defendant was transferred to home confinement on August 12, 2025, to complete his sentence of imprisonment. In light of that development, the Government respectfully withdraws the motion that the Government filed on behalf of the Director of the BOP on May 6, 2025 (Dkt. 449).

                                                  Respectfully submitted,

                                                 JAY CLAYTON
                                                 United States Attorney


                                   By:   /s/ Robert B. Sobelman
                                          Nicolas Roos
                                          Robert B. Sobelman
                                          Assistant United States Attorneys
                                          (212) 637-2421/2616

Cc: Cesar de Castro, Esq. (by ECF)
     David DeStefano, Esq. (by ECF)